UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1478-BTN |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 1143 |
| vs. | ) | ORDER |
| BALLESTEROS-CASILLAS | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~~Order of Court~~).

Julia Medina-Ramirez

DATED: 5/8/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082